JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TROY KORNER, | ) Case No. CV 12-380 CAS (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| MATTHEW CATE, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: September 4, 2012

*Christina A. Snyder*
_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE